AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Stacy B. Harris | ) Case No:   1:10CR10004-001 |
| | ) USM No:   05421-010 |
| Date of Original Judgment:     July 07, 2011 | ) |
| Date of Previous Amended Judgment: | ) Matthew F. Golden |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

    X  DENIED.    ☐  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**MAR 29 2013**

CHRIS R. JOHNSON, Clerk
    By

Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated _____ July 07, 2011 _____ shall remain in effect.

**IT IS SO ORDERED.**

Order Date:   3/29/13

Effective Date: _____
          *(if different from order date)*

_____
*Judge's signature*

Harry F. Barnes   Senior Judge
*Printed name and title*