# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

United States of America
v.

STACY B. HARRIS

Case No: 1:10CR10004-001

USM No: 05421-010

Date of Original Judgment: 07/07/2011
Date of Previous Amended Judgment: 04/14/2015
*(Use Date of Last Amended Judgment if Any)*

Bruce D. Eddy
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by Section 404 of the First Step Act of 2018, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of      168      months **is reduced to**      130 months      and

      5 years      of supervised release **is reduced to**      4 years      of supervised release.
*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated      04/14/2015      shall remain in effect.
**IT IS SO ORDERED**.

Order Date:      03/26/2020                              /s/ Susan O. Hickey
                                                          *Judge's signature*

Effective Date: _____            Honorable Susan O. Hickey, Chief United States District Judge
*(if different from order date)*                          *Printed name and title*